> The conference currently scheduled for November 24, 2021 at 12:30 p.m. is adjourned to December 21, 2021 at 3:30 p.m.
>
> Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 47.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 22, 2021

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

Writer's

**Via ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

RE: Gunn v. Sgt. "Bill", 20 Civ. 1787 (PMH)

Dear Judge Halpern:

The Office of the Attorney General represents Defendants Pietre, Lyons, Lindemann, Finn, Malark, Mazzella, Roser, Jr., and Soltice in the above-referenced action, ("Represented Defendants").[1]

This letter is written in response to the Court's August 26, 2021 Order directing the parties to appear for a conference on November 24, 2021 at 12:30 PM, (ECF Dkt. No. 46). This Office contacted Sing Sing Correctional Facility ("Sing Sing") to arrange for the Plaintiff to attend by telephone. However, Sing Sing has informed us that they are unlikely to accommodate the 12:30 PM time set for the conference due to security concerns as the Guidance Office is unable to arrange for incarcerated individuals to be present in their office between 11AM and 1PM. They are able to accommodate any time after 1PM on November 24, 2021, or on another date convenient to the Court.

We thank Your Honor for your attention to this matter.

Respectfully Submitted,
/s/
Jessica Acosta-Pettyjohn
Assistant Attorney General
Jessica.Acosta-Pettyjohn@ag.ny.gov

Cc: Darrell Gunn
DIN#03B2443
Sing Sing C.F.
354 Hunter Street
Ossining, NY 10562
(via First Class Mail)

---

[1] Upon information and belief, Defendant Collins has not yet been served (Dkt. No. 32) and Defendant "Esposito" cannot be identified (Dkt. No. 36).

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov