UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL GUNN,

                Plaintiff,

-against-

SERGEANT "BILL", et al.,

                Defendants.

**ORDER**

20-CV-01787 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Due to a scheduling conflict, the pretrial telephone conference scheduled for August 24, 2023 at 2:30 p.m. is adjourned to **August 24, 2023 at 4:30 p.m.** At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated: White Plains, New York
       August 21, 2023

                                                _____
                                                Philip M. Halpern
                                                United States District Judge