UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL GUNN,

                      Plaintiff,

       -against-

SERGEANT "BILL", et al.,

                      Defendants.

**ORDER**

20-CV-1787 (PMH)

A pre-trial conference is scheduled in this matter for **February 5, 2024 at 4:00 p.m.** in Courtroom 520 of the White Plains courthouse. It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the Plaintiff produced to Courtroom 520 of the White Plains Courthouse at that time.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: White Plains, New York
       December 29, 2023

**SO ORDERED**:

_____
Philip M. Halpern
United States District Judge