UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL GUNN, | |
| Plaintiff, | **ORDER** |
| -against- | 20-CV-1787 (PMH) |
| SERGEANT "BILL", et al., | |
| Defendants. | |

Due to a scheduling conflict, the pre-trial conference currently scheduled in this matter for **February 5, 2024** is rescheduled to **April 8, 2024 at 10:00 a.m.** in Courtroom 520 of the White Plains courthouse. In light of the rescheduling, the Court declines to sign the Proposed Writ of Habeas Corpus Ad Testificandum (Doc. 106). It is the responsibility of counsel for Defendants to make prior arrangements with the appropriate facility to have the Plaintiff produced to Courtroom 520 of the White Plains Courthouse on **April 8, 2024**.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: White Plains, New York
January 19, 2024

**SO ORDERED**:

_____
Philip M. Halpern
United States District Judge