UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL GUNN,

                    Plaintiff,

        -against-

SERGEANT "BILL", et al.,

                    Defendants.

**ORDER**

20-CV-1787 (PMH)

On January 23, 2024, *pro bono* counsel appeared in this action on behalf of Plaintiff who had previously been proceeding *pro se* herein. (Docs. 108-109). To give Plaintiff's counsel an opportunity to review and comment on previously filed pre-trial materials, the parties are directed to meet and confer regarding: (i) a revised Proposed Joint Pretrial Order in compliance with Rule 6(A) of the Court's Individual Practices, and (ii) revised materials required by Rule 6(B) of this Court's Individual Practices. The parties shall file, if they be so advised, revised materials required by Rules 6(A) and 6(B) of the Court's Individual Practices by **March 8, 2024**.

A pre-trial conference is scheduled for **April 8, 2024 at 10:00 a.m.** in Courtroom 520 of the White Plains Courthouse.

**SO ORDERED**:

Dated: White Plains, New York
       February 2, 2024

_____
Hon. Philip M. Halpern
United States District Judge