*March 18, 2020*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL GUNN, | |
| Plaintiff, | **ORDER** |
| -against- | 20-CV-1787 (PMH) |
| SERGEANT "BILL", et al., | |
| Defendants. | |

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for an in-person pretrial conference on June 20, 2024. As discussed on the record, the parties are on five days' notice of trial as of today.

As explained more fully on the record during the appearance, the Court directs as follows:

1. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the proposed Joint Pretrial Order and file, by **July 9, 2024**, a revised proposed Joint Pretrial Order.

2. The Court denied the parties' proposed *Voir Dire* Question No. 12 in Part II. The remaining proposed questions were granted or granted in substance. The parties shall review the proposed *Voir Dire* Questionnaire Form provided by the Court during the conference and file, by **July 9, 2024**, a joint letter informing the Court as to any objections or additions thereto.

3. The parties shall meet and confer regarding changes to the proposed Verdict Sheet and file, by **July 9, 2024**, a revised proposed Verdict Sheet.

4. The parties shall, by **July 9, 2024**, produce to the Court three exhibit binders containing the parties' exhibits and an index listing the content of the binders.

See Transcript.

**SO ORDERED:**

Dated:   White Plains, New York
         June 20, 2024

_____
PHILIP M. HALPERN
United States District Judge