UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARRELL GUNN,

                Plaintiff,

-against-

SERGEANT "BILL", et al.,

                Defendants.

**ORDER**

20-CV-1787 (PMH)

The parties are hereby notified that this matter will proceed to trial on **October 7, 2024**. All parties and counsel shall appear on that date at 9:00 a.m. in Courtroom 520 of the White Plains courthouse located at 300 Quarropas Street, White Plains, New York 10601.

Dated: White Plains, New York
       September 12, 2024

**SO ORDERED**:

_____
Philip M. Halpern
United States District Judge