**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARRELL GUNN,

                Plaintiff,                    20 **CIVIL** 1787 (PMH)

    -against-                             **JUDGMENT**

STEPHAN PETRIE,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** White Plains, New York
October 09, 2024

                                                    DANIEL ORTIZ

So Ordered:                                       Acting Clerk of Court

_____           BY: _____
U.S.D.J.                                                        Deputy Clerk